UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>George Blaisdell</u>

                v.                              Case No. 10-cv-432-PB

<u>Elizabeth Lapierre, et al</u>


<u>O R D E R</u>

    I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated April 25, 2011, recommending dismissal without prejudice, no objection having been filed.

    SO ORDERED.


May  20, 2011                                  /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge


cc:    George Blaisdell, Pro Se